

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, and as Representative of the Estates of Rudolph Chavez, Sr. (Deceased) and Rudolph Chavez, Jr. (Deceased), and as Next Friend of Joel Chavez, a minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez, Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY CO**. and Jose Juarez, Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

The Appellee's Motion to Reconsider is hereby DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court